AG/AGo

RECEIVED
DEC 11 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Anthony P Ornder
Plaintiff

v.    Case No: 18-CV-342-GKF-JFJ

Daniel Elkins, et. al
Defendants

I need a updated docket sheet

Thank You

Anthony P Ornder

___ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J     ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys  ✓ No Env/Cpys    ___ O/J    ___ O/MJ

D.S. Sent

Anthony Powdles #160220
JCCC Unit 4E
216 N Murray St.
Helena, OK 73741

RECEIVED
DEC 11 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

18-cv-342-GKF-JFJ

Clerk, United States District Court
Northern District of Oklahoma
333 West Fourth Street, Room 411
Tulsa, Oklahoma 74103

OKLAHOMA CITY OK 730
09 DEC 2019 PM 5 L
Post Marked 12/9/19 AG